828

## Commonwealth v. Foster, Appellant.

Submitted March 24, 1970. *James J. DeMarco,* and *DeMarco and DeMichele,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant filed a PCHA petition alleging denial of his right to competent counsel and his right of appeal. No hearing was held on his allegation with respect to counsel. He was, however, granted leave to file post-trial motions nunc pro tunc, which were overruled. Upon review of these two dispositions, we enter the following: Judgment of sentence affirmed; the order of the PCHA court is vacated and the record remanded for a hearing on the issue of representation by competent counsel.

## Commonwealth v. Gablein, Appellant.

Submitted March 16, 1970. *Gregor Erdenberger* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Jeffrey A. Brodkin,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.